1  PHILLIP A. TALBERT
   United States Attorney
2  DHRUV M. SHARMA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Extradition of | CASE NO. 1:24-mj-00079-BAM |
|---|---|
| AARÓN SETH JUÁREZ, | ORDER GRANTING APPLICATION FOR ORDER UNSEALING COMPLAINT (Extradition Pursuant to 18 U.S.C. § 3184) |
| A Fugitive from the Government of the United Mexican States. | |

Upon application of the United Staes of America and good cause having been shown,

IT IS HEREBY ORDERED that the case and Complaint filed on July 9, 2024, in the above-captioned matter should be, and is, unsealed.

DATED: 7/31/2024

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE