# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF AARON SETH JUAREZ, | Case No. 1:24-mj-00079-BAM<br><br>ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION PENDING EXTRADITION HEARINGS<br><br>(ECF No. 9) |

On July 31, 2024, the United States ("Government") filed a memorandum of extradition law and request for detention pending extradition proceedings. (ECF No. 7.) On August 19, 2024, the Court held a detention hearing and status conference on a complaint involving Defendant Aaron Seth Juarez's extradition to Mexico. Dhruv Sharma appeared for the Government and Reed Grantham appeared for Relator, Aaron Seth Juarez. Relator appeared in custody. The parties submitted the matter.

For the reasons set forth in the Government's memorandum of extradition law and request for detention pending extradition proceedings (ECF No. 7) and without objection from the relator, the Government's request is GRANTED, and Defendant is ordered detained pending further extradition proceedings.

IT IS SO ORDERED.

Dated:  **August 19, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1